FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 07, 2024**

SEAN F. MCAVOY, CLERK

## CHARGES AND PENALTIES

CASE NAME: Leann Michelle St Peter          CASE NO. 2:24-CR-00017-TOR

TOTAL # OF COUNTS: 2       ☑ FELONY      ☐ MISDEMEANOR      ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 3 | Accessory after the Fact | Not more than ten years imprisonment; and/or a $125,000 fine; three years supervised release; a $100 special penalty assessment |
| 2 | 18 U.S.C. § 1001(a)(2) | False Statement | Not more than five years imprisonment; and/or a $250,000 fine; three years supervised release; a $100 special penalty assessment |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |