FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEANN MICHELLE ST PETER,<br><br>Defendant. | No. 2:24-CR-00017-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 36)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 36**. Defendant's motion affirms that the United States does not oppose the motion and U.S. Probation supports the requested modification.

Specifically, Defendant is requesting the Court to modify Condition No. 15 in the Court's Order filed February 15, 2024, ECF No. 17, to replace the home confinement condition with a curfew to accommodate Defendant's work schedule as well as allowing her to attend medical appointments without U.S. Probation pre-approval.

The Court, finding good cause, **IT IS ORDERED:**

1.  Defendant's Motion to Modify Conditions of Release, **ECF No. 36**, is **GRANTED**.

ORDER - 1

2. The home confinement condition imposed in the Order Following . . . Detention Hearing, ECF No. 17, at Condition No. 15 shall be replaced with the following condition:

> **(15) Curfew:** Defendant shall be restricted to her residence every day from 10:00 p.m. to 6:00 a.m.  United States Probation shall have the authority and discretion to modify Defendant's curfew to accommodate Defendant's work schedule and to allow Defendant to attend appointments.

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 16, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2