ECF No. 58

PROB 12C
(6/16)

Report Date: April 1, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leanne Michelle St. Peter       Case Number: 0980 2:24CR00017-RLP-1

Address of Offender: ███████████████████████ Washington 98840

Name of Sentencing Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: April 14, 2025

| | | |
|---|---|---|
| Original Offense: | False Statement, 18 U.S.C. § 1001(a)(2) | |
| Original Sentence: | Prison - 3 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: July 7, 2025 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 6, 2028 |

## PETITIONING THE COURT

To issue a Summons

On July 30, 2025, the undersigned officer met with the offender and reviewed her conditions of supervision and notice of firearms disabilities. The offender signed both, acknowledging her understanding and agreement to abide by such. A copy was provided as signed for the offender's records and review.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. St. Peter allegedly violated the above-stated condition on or about February 12, 2026, by consuming marijuana, or other THC product, as evidenced by a lab confirmed sweat patch test.

On Febuary12, 2026, the undersigned met with the offender at her residence and applied a sweat patch to her upper arm. The patch was applied in accordance with the manufacture's instructions and a chain of custody form was started. The undersigned instructed Ms. St. Peter as to proper care of the patch.

On February 13, 2026, the undersigned returned to Ms. St. Peter's residence and removed the sweat patch in accordance with the manufacture's instructions. The patch showed no sign of tamper or undue wear. The patch was placed in a sealed specimen bag in Ms. St. Peter's

**Prob12C**
**Re: St. Peter, Leanne Michelle**
**April 1, 2026**
**Page 2**

presence and the chain of custody form was completed. Ms. St. Peter denied any medications or drugs used during the testing period. The patch was sent to Pharmchek lab for testing.

Pharmchek returned results on February 25, 2026, showing a confirmed positive for THC in the sweat patch removed from Ms. St. Peter.

On March 26, 2026, when discussing the results with Ms. St. Peter, she denied personal use of marijuana or other THC products. However, she did report she has been around family while they use as well as aiding in the application of a THC "pain cream" to her significant other using her hands.

2   **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Ms. St. Peter allegedly violated the above-stated condition on or about March 26, 2026, by having access to ammunition.

On March 26, 2026, U.S. probation officers, with the assistance of the Federal Bureau of Investigations (FBI), conducted a search of Ms. St. Peter's residence. During the search probation officers found 12 rounds of 30-06 ammunition. Ten rounds were in a manufacturer's container and another two rounds were in a rifle magazine. The ammunition was located unsecured inside the closet area of Ms. St. Peter's son's bedroom. The son denied ownership or knowledge of the ammunition and magazine. The ammunition was seized by U.S. Probation for evidence.

3   **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Ms. St. Peter allegedly violated the above-stated condition on or about March 26, 2026, by possessing marijuana products.

On March 26, 2026, U.S. probation officers, with the assistance of the FBI, conducted a search of Ms. St. Peter's residence. During the search probation officers found marijuana product(s), specifically ground marijuana, in the residence. The marijuana was located inside a box that also contained pipes and other smoking devices commonly used for marijuana use. This box was located inside the master bedroom closet that Ms. St. Peter shares and has common access to. The items were removed from the home by a family member.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: St. Peter, Leanne Michelle**
**April 1, 2026**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/01/2026

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ x]    The Issuance of a Summons
[  ]    Defendant to appear before the Judge assigned to the case.
[ x ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

April 1, 2026

Date